688 A.2d 1042

IN THE MATTER OF RAYMOND D. NADEL,
AN ATTORNEY AT LAW.

February 26, 1997.

## ORDER

The Disciplinary Review Board on December 20, 1996, having filed with the Court its decision concluding that RAYMOND D. NADEL of CHERRY HILL, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.7 (conflict of interest) and good cause appearing;

It is ORDERED that RAYMOND D. NADEL is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.